UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| POWERPAY, LLC | ) | |
|     Plaintiff | ) | Case No. 2:13-cv-00457-JHR |
| v. | ) | |
| | ) | |
| SCOTTSDALE INSURANCE COMPANY, | ) | |
|     Defendant | ) | |

**STIPULATED ORDER REGARDING LIMITED WAIVER OF PRIVILEGE AND CONFIDENTIALITY**

The Court, with the consent and agreement of the parties upon their Joint Motion, ECF No. 20, hereby enters this Stipulated Order Regarding Limited Waiver of Privilege and Confidentiality.

PowerPay, LLC and Scottsdale Insurance Company ("Scottsdale") agree that PowerPay, LLC and Scottsdale will waive the attorney-client privilege and permit the production of all portions of the file maintained by the law firm of Louison, Costello, Condon & Pfaff, LLP that relate to the claims of Judson Smith that are within the power and control of PowerPay, LLC and Scottsdale and/or that are produced in response to any subpoena propounded on Louison, Costello, Condon & Pfaff, LLP ("Louison") in the course of this litigation, and to permit the testimony of attorney Douglas Louison concerning his involvement in the matter of Judson Smith.

This production shall be subject to the following agreements:

1. <u>Limited Waiver</u>:  The parties agree that PowerPay LLC's and Scottsdale's agreement to waive their attorney-client privilege and to allow production of their client file, attorney-client communications and other documents held by Louison, created as part of Louison's representation of PowerPay, LLC and to permit the testimony of attorney Douglas Louison with respect to the claims of Judson Smith constitutes a limited waiver of the attorney-client privilege just as to Louison and no others,  and shall not be treated by the parties or the Court as a general waiver of the privilege or a waiver of the attorney-client privilege with respect to communications of any other attorney or law firm.

2. <u>Use</u>:  The documents released may only be used in connection with the specific subject matter of the above-referenced litigation.

3. Protection Order/Confidentiality: All documents from the law firm of Louison, Costello, Condon & Pfaff, LLP shall automatically be treated as confidential under the agreed upon Protection Order.

Dated:  June 10, 2014.

/s/  John H. Rich III
U.S. Magistrate Judge