UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| POWERPAY, LLC, )<br>)<br>PowerPay, )<br>)<br>v. )<br>)<br>SCOTTSDALE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No.: 2:13-cv-00457-NT |

### STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter, by and through their undersigned counsel as reflected below, and stipulate pursuant to Rule 41 of the Maine Rules of Civil Procedure that this matter is hereby dismissed with prejudice and without costs to any party.

Dated:  August 11, 2014         /s/ U. Charles Remmel, II
                                U. Charles Remmel, II, Esq.
                                Attorney for Plaintiff Powerpay, LLC


**KELLY, REMMEL & ZIMMERMAN**
53 Exchange Street
P.O. Box 597
Portland, ME 04112-0597
(207) 775-1020
Dated: August 11, 2014          /s/ Daniel R. Mawhinney
                                Daniel R. Mawhinney, Esq.
                                Attorney for Defendant Scottsdale
                                Insurance Company


**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207)774-2500

## CERTIFICATE OF SERVICE

I, Daniel R. Mawhinney, attorney for Defendant Scottsdale Insurance Company, hereby certify that on **August 11, 2014**, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the following:  **U. Charles Remmel, II, Esq., Graydon G. Stevens, Esq., Anthony P. Tatum, Esq., Lauri Boxer-Macomber, Esq., and J. Gregory Lahr, Esq.**

Date:  August 11, 2014     */s/ Daniel R. Mawhinney*
Daniel R. Mawhinney, Esq.
Thompson & Bowie, LLP
Three Canal Plaza
Portland, ME 04112
(207) 774-2500
dmawhinney@thompsonbowie.com